FILED
JAN 23 2006

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Temple Brian Filkins,

        Defendant.

Civil Action No.: 5:05-CV-01016/NAM

**CONSENT JUDGMENT**

Upon the annexed Stipulation by and between the parties, Glenn T. Suddaby, United States Attorney, William H. Pease of counsel, plaintiff's attorney, and Temple Brian Filkins, the defendant, it is hereby

ORDERED, ADJUDGED and DECREED, that the defendant, Temple Brian Filkins, pay to the United States the sum of $6,706.93; plus pre-judgment interest at the daily rate of $0.80 from August 18, 2005, to the date of judgment, plus post-judgment interest at the legal rate computed daily and compounded annually until paid in full; plus court filing fees in the amount of $250.00 pursuant to 28 U.S.C. Section 2412.

The defendant shall keep the United States currently informed in writing of any material change in financial situation or ability to pay, and of any change in employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, P. O. Box 7198, 900 Federal Building, Syracuse, New York 13261. The defendant shall provide the United States with current accurate evidence of assets, income and expenditures (including but not

limited to Federal Income tax returns) within fifteen (15) days of the date of request for such evidence by the United States Attorney as long as the judgment remains unpaid, and it is further

ORDERED, ADJUDGED and DECREED, that execution upon said judgment be stayed unless and until the defendant becomes more than thirty (30) days delinquent in the payment of any monthly installment due, in which event the defendant shall be considered in default and the entire balance shall become immediately due and payable and the plaintiff shall have the right to execute upon said judgment without any notice to the defendant; and it is further

ORDERED, ADJUDGED and DECREED, that this judgment or a transcript thereof shall be recorded in the records of the County Clerk's Office in the county of the defendant's residence, and any and all other counties in which the defendant has either real or personal property, as a lien thereon should the defendant default as set forth hereinabove; and is it further

ORDERED, ADJUDGED and DECREED, that upon payment in full, the plaintiff shall file a Satisfaction of Judgment with the District Court and the appropriate Clerk of the county in which any transcript of judgment has been filed; and it is further

ORDERED, ADJUDGED and DECREED, that judgment be, and the same hereby is, entered in accordance with the foregoing.

SO ORDERED:

Dated:     January 23, 2006
           Syracuse, New York

Norman A. Mordue
UNITED STATES DISTRICT JUDGE